**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Gerardo ALVA–BARBOSA,**
**Defendant–Appellant**

**United States of America,**
**Plaintiff–Appellee**

v.

**Gerardo Alva–Barbosa, also known as**
**Gerardo Alva, also known as Gerardo**
**Alva–Barbosa,       Defendant–Appel-**
**lant.**

**Nos. 12–10627, 12–10644**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 18, 2013.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender, Federal Public Defender's Office DALLAS, TX, Christopher Allen Curtis, Assistant Federal Public Defender Federal Public Defender's Office Fort Worth, TX, for Defendant–Appellant.

Before JONES, OWEN, and GRAVES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Gerardo Alva–Barbosa (Alva) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Alva has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.